NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANGELA MEHAS,                                    )
                                                 )
            Appellant,                           )
                                                 )
v.                                               )        Case No. 2D17-4341
                                                 )
MICHAELS STORES, INC.,                           )
                                                 )
            Appellee.                            )
                                                 )
_____  )

Opinion filed November 14, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack St. Arnold, Judge.

Stephen H. Haskins of Law Offices of
Lucas/Magazine, New Port Richey, for
Appellant.

Matthew C. Scarborough of
Scarborough Attorneys at Law,
Tampa, and Mark D. Tinker of Cole,
Scott & Kissane, P.A., Tampa, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.